# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

WE THE PEOPLE GRAND MOTHER     :   No. 125 EM 2017
BARBARA BRYANT: EL, RELATOR     :
BENEFICIARY OF BARBARA BRYANT     :
FOREIGN ESTATE EX REL IN PROPRIA     :
PERSONA (NOT PRO SE) AGGRIEVED     :
SUI JURIS,     :
    :
       Petitioner     :
    :
    :
       v.     :
    :
    :
DISCOVERY BANK 6500 NEW ALBANY     :
ROAD NEW ALBANY, PA 43054 AND     :
COURT OF COMMON PLEAS     :
PHILADELPHIA COUNTY,     :
    :
       Respondents     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 18th day of December, 2017, the Application for Leave to File Original Process is GRANTED**,** and the Petition for Writ of Mandamus is DENIED.